```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ROBERT N. SAMA,      :
                     :
                 Plaintiff,   :
      -against-      :         20-CV-10450 (VEC)
                     :
THE FEDERAL RESERVE BANK      :         ORDER
OF NEW YORK,         :
                     :
                 Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 18, 2021, the parties called Chambers to report a discovery dispute and requested a conference with the Court;

   IT IS HEREBY ORDERED that the parties must appear for a teleconference on **August 20, 2021, at 10:30 a.m.**  The parties may dial-in using: (888) 363-4749, Access code 3121171#, Security code **0450**.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

Date:  August 19, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**