```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT N. SAMA,                                              :
                                                             :
                              Plaintiff,                     :
        -against-                                            :     20-CV-10450 (VEC)
                                                             :
THE FEDERAL RESERVE BANK                                     :     ORDER
OF NEW YORK,                                                 :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 20, 2021, the parties appeared before the Court for a teleconference regarding a discovery dispute;

IT IS HEREBY ORDERED that Plaintiff's request to depose Mr. Williams is DENIED for the reasons stated on the record at the August 20, 2021 conference. Plaintiff may request to extend the discovery deadline if it appears that, based on other depositions in this matter, Mr. Williams will be a critical witness in this case.

**SO ORDERED.**

Date:  **August 20, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**